

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00413-CV

Samuel Reyna **MONTALVO** and Danco Construction, Inc.,
Appellants

v.

Michelle **GIBBONS**,
Appellee

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI23307
Honorable Angelica Jimenez, Judge Presiding

PER CURIAM

Sitting:      Irene Rios, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: August 27, 2025

REVERSED AND REMANDED

The parties in this case have filed a joint motion, stating that they have fully resolved and settled all issues in dispute. The parties ask this court to reverse the judgment of the trial court and to remand the case to the trial court for entry of an agreed judgment. The parties also request that we order the mandate issued immediately. The motion is granted. As agreed by the parties, without consideration of the merits, we reverse the trial court's judgment and remand the case for entry of a final judgment pursuant to the parties' settlement agreement. *See* TEX. R. APP. P. 42.1(a)(2)(B),

43.2(d); *Caballero v. Heart of Tex. Pizza, LLC,* 70 S.W.3d 180, 181 (Tex. App.–San Antonio 2001, no pet.). At the request of the parties, the costs of the appeal are to be taxed against the party who incurred them. *See* TEX. R. APP. P. 42.1(d). All pending motions are denied as moot. The Clerk of this court is directed to issue the mandate immediately upon issuance of this opinion and judgment. *See* TEX. R. APP. P. 18.1(c).

PER CURIAM